In the Matter of Supplementary Proceedings: FRANK IORIO v. JOSEPH RAUNER and HENRIETTA RAUNER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of LAFAYETTE FURNITURE Co., INC., for an Order Directing MORRIS W. VOGEL, an Attorney, to Return and Restore Certain of Its Property, etc.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

KATHERINE WALLACE v. CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

SOJEN REALTY CORPORATION v. URIAH A. BOCH and MARY A. BOCH.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal to be filed so appeal can be argued or submitted on or before June 2, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

SOJEN REALTY CORPORATION v. URIAH A. BOCH and MARY A. BOCH.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal to be filed so appeal can be argued or submitted on or before June 2, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

SOJEN REALTY CORPORATION v. URIAH A. BOCH and MARY A. BOCH.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed so appeal can be argued or submitted on or before June 2, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

SOJEN REALTY CORPORATION v. URIAH A. BOCH and MARY A. BOCH.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed so appeal can be argued or submitted on or before June 2, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

PHILIP GOLDSTON and GEORGE EISEMAN v. PARK LANE DRESSES, INC., Impleaded, etc.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

KERBER STRAW HAT CORPORATION v. JOHN WEBER, INC.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

KERBER STRAW HAT CORPORATION v. JOHN WEBER, INC.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

SAM BITTER v. ROSA BITTER.— Motion to dismiss appeal denied, with leave to renew after final determination of defendant's motion to compel plaintiff to defray expenses of said appeal. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

NEW YORK PLUMBERS SPECIALTIES CO., INC., v. ELLEN A. BAYLES.— Motion to dismiss appeal withdrawn, without costs. Appeal withdrawn, without costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

JOSEPH OLSHANSKY and Another, on Behalf of Themselves, etc., v. SAMUEL BIRON and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

NAVIGAZIONE GENERALE ITALIANA v. SWITZERLAND GENERAL INSURANCE COMPANY OF ZURICH.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.